IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHNNY D. LEE**                                                                                             **PLAINTIFF**

v.                                      Case No. 4:22-cv-00023-KGB

**KILOLO KIJAKAZI, Acting Commissioner,**
**Social Security Administration**                                                            **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that the Commissioner's decision is affirmed and that plaintiff Johnny D. Lee's complaint is dismissed with prejudice. The relief requested is denied.

So adjudged this 29th day of September, 2023.

_____
Kristine G. Baker
United States District Judge